**UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, CARPENTERS UNION NO. 213, et al., Plaintiffs in Error, v. CARPENTERS AND JOINERS UNION OF TEXAS, Defendant in Error.**

No. 23227.

Supreme Court of Texas.

Oct. 19, 1938.

United Brotherhood of Carpenters and Joiners. of America, Carpenters Union No. 213, et al., Plaintiffs in Error, v. Carpenters and Joiners Union of Texas, Defendant in Error, 120 S.W.2d 248.

Sewell Myer, of Houston, for plaintiffs in error.

Thomas B. Lewis, of Houston, for defendants in error.

PER CURIAM.

The application for writ of error prosecuted herein by the United Brotherhood of Carpenters and Joiners of America, Carpenters Union No. 213, et al., Plaintiffs in Error, is Dismissed, W. O. J.

This Court expresses no opinion as to the merits of this case on final trial for permanent injunction. We are simply of the opinion that the trial court did not err in refusing a temporary injunction.

**UNION NO. 7 OF STATE OF TEXAS, OF BRICKLAYERS AND MASONS OF INTERNATIONAL UNION OF AMERICA, et al., Plaintiffs in Error, v. BRICK AND STONE MASONS UNION NO. I OF TEXAS, Defendant in Error.**

No. 23228.

Supreme Court of Texas.

Oct. 19, 1938.

Sewell Myer, of Houston, for plaintiffs in error.

Thomas B. Lewis, of Houston, for defendants in error.

PER CURIAM.

This application is dismissed, W. O. J., for the same reasons that we dismissed

**MAGEE v. STATE.**

No. 19676.

Court of Criminal Appeals of Texas.

June 8, 1938.

Rehearing Denied Oct. 26, 1938.

J. Mitch Johnson, of San Saba, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful sale of whisky in a dry area; penalty assessed at confinement in the county jail for 135 days and a fine of $400.